**Perry TSCHIDA, Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

No. 02–3861.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 19, 2003.

Decided March 10, 2003.

Before McMILLIAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Perry Tschida appeals the tax court's[1] dismissal of his amended petition for a lien or levy action under I.R.C. § 6320(c) or § 6330(d). Our de novo review persuades us that Tschida's petition was untimely filed. *See* I.R.C. §§ 6330(d)(1), 7502; *Bueford v. Resolution Trust Corp.*, 991 F.2d 481, 484 (8th Cir.1993) (standard of review). Because the untimely filing de-

---

1. The Honorable Thomas B. Wells, Chief Judge of the United States Tax Court.

prived the tax court of jurisdiction, and because the court may consider its jurisdiction on its own motion, we conclude that the tax court properly dismissed the petition. *See Commissioner v. McCoy*, 484 U.S. 3, 7, 108 S.Ct. 217, 98 L.Ed.2d 2 (1987) (per curiam); *Bueford*, 991 F.2d at 485; *Raymond v. Commissioner*, No 2354–01L, 2002 WL 31371975, 2002 U.S. Tax Ct. LEXIS 48 at *5 & n. 3 (T.C. Oct. 22, 2002).

Accordingly, we affirm.

A true copy.